[No. 37214-9-I.    Division One.    November 12, 1996.]

JING LIM HONG, ET AL., *Appellants*, v. PARK REALTY, INC, ET AL., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-07419-7, Robert S. Lasnik, J., entered July 19, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 14038-5-III.    Division Three.    November 14, 1996.]

KAREN STEPHENS, *Individually and as Guardian, Respondent*, v. MINA GILLISPIE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 89-2-01310-7, Carolyn A. Brown, J., entered April 28, 1994. *Reversed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 14363-5-III.    Division Three.    November 14, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RAFAEL ISLAS GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 94-1-00347-3, Duane E. Taber, J., entered September 23, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Schultheis, JJ.

[No. 15222-7-III.    Division Three.    November 14, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. MARY E. ALLISON, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 91-1-00286-3, Dennis D. Yule, J., entered October 4, 1995. *Reversed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Thompson, JJ.